UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MURRAY, DAVID M. § Case No. 10-44717
MURRAY, ANGELA N. §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 S. Dearborn
        Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 01/25/2013 in Courtroom ,
        m
        Joliet City Hall
        150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/30/2012        By: /s/ Michael G. Berland
                                                        Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MURRAY, DAVID M. § Case No. 10-44717
MURRAY, ANGELA N. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 75,000.00 |
| and approved disbursements of | $ | 4,580.00 |
| leaving a balance on hand of[1] | $ | 70,420.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 3,997.52 | $ 0.00 | $ 3,997.52 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 60.00 | $ 0.00 | $ 60.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,057.52 |
| Remaining Balance | $ 66,362.48 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,709.63  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 5,767.54 | $ 0.00 | $ 5,767.54 |
| 000003 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 5,796.90 | $ 0.00 | $ 5,796.90 |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 9,153.65 | $ 0.00 | $ 9,153.65 |
| 000005 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ 572.43 | $ 0.00 | $ 572.43 |
| 000006 | Health Delivery Management<br>P.O. Box 88273<br>Chicago, IL 60680 | $ 621.61 | $ 0.00 | $ 621.61 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 1,666.22 | $ 0.00 | $ 1,666.22 |
| 000009 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 131.28 | $ 0.00 | $ 131.28 |
| | Total to be paid to timely general unsecured creditors | | | $ 23,709.63 |
| | Remaining Balance | | | $ 42,652.85 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 128.02 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 42,524.83 .

Prepared By: /s/ Michael G. Berland
                              Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-44717-BWB
David M. Murray                                                     Chapter 7
Angela N. Murray
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cturner               Page 1 of 3              Date Rcvd: Dec 04, 2012
                              Form ID: pdf006             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2012.
```
db/jdb     +David M. Murray,    Angela N. Murray,    603 Roosevelt Drive,    Oswego, IL 60543-7417
16238668   +APLM, Ltd.,    1050 W. Kinzie St.,    Chicago, IL 60642-6537
16238669   +ATG Credit, LLC,    P.O. Box 14895,    Chicago, IL 60614-8542
16238667   +Advanta Business Card,    448 E. Winchester St., Ste. 150,    Murray, UT 84107-8502
16238670   +Best Buy,    P.O. Box 5253,    Carol Stream, IL 60197-5253
16238671   +Blitt and Gaines, P.C.,    661 Glenn Ave.,    Wheeling, IL 60090-6017
16238673   +Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
16238674   +Central DuPage Healthcare Recovery,    1515 190th St., Ste. 350,    Gardena, CA 90248-4910
16238675    Central DuPage Hospital,    25 N. Winfield,    Winfield, IL 60190-1295
16238672   +Chase,    P.O. Box 15153,    Wilmington, DE 19850-5153
16703882    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16813955   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16238676   +Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
16238678   +Dr. James Ferlman, MD,    120 W. Spalding Dr., #401,    Naperville, IL 60540-6560
16238679    Fifth Third Bank,    P.O. Box 630041,    Cincinnati, OH 45263-0041
17080251   +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
16238680   +Fredrick J. Hanna & Associates,    1427 Roswell Road,    Marietta, GA 30062-3668
16238682   +Guardian Anesthesia Association,    185 Penny Ave.,    East Dundee, IL 60118-1455
16238684   +Health Delivery Management,    P.O. Box 88273,    Chicago, IL 60680-1273
16238685   +Healthcare Recovery Solutions,    1515 190th St., Ste. 350,    Gardena, CA 90248-4910
16238686   +Kirkland's,    P.O. Box 981400,    El Paso, TX 79998-1400
16238688   +Kory Atkinson,    236 W. Lake St., Ste. 100,    Bloomingdale, IL 60108-1050
16238689    Medical Business Bureau,    P.O. Box 1219,    Park Ridge, IL 60068-7219
16238691   +Michael J. Martin,    Dunn, Martin, Miller & Heathcock, Ltd.,    15 W. Jefferson St., Ste. 300,
             Joliet, IL 60432-4317
16238694   +Precision Recovery Analytics,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
16238695   +Rush Copley Medical Center,    2000 Ogden Ave.,    Aurora, IL 60504-5893
16238696   +Russell G. Whitaker,    23 W. Jefferson Ave., 2nd Fl.,    Naperville, IL 60540-4732
16238697    Target National Bank,    3901 W. 3rd St.,    Sioux Falls, SD  57106-4216
16238698   +The John Limparis Family Trust,    136 N. Ellsworth,    Naperville, IL 60540-4621
16238699   +Valley Imaging Consultants,    6910 S. Madison St.,    Willowbrook, IL 60527-5504
16238700   +Winfield Pathology Consultants,    Dept. 4432,    Carol Stream, IL 60122-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16238677    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 05 2012 02:58:59    Discover,    P.O. Box 15251,
             Wilmington, DE  19886
16660684    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 05 2012 02:58:59    Discover Bank,
             Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
16238681    E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2012 03:00:05    GE Money Bank,    P.O. Box 981127,
             El Paso, TX 79998-1127
17083835    E-mail/PDF: rmscedi@recoverycorp.com Dec 05 2012 03:02:28    GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16238683   +E-mail/Text: bkynotice@harvardcollect.com Dec 05 2012 02:51:26
             Harvard Collection Services, Inc.,    4839 N. Elston Ave.,    Chicago, IL 60630-2589
16238687   +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 05 2012 02:46:22    Kohls,
             N56W17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
16238690   +Fax: 847-227-2151 Dec 05 2012 05:42:21    Medical Recovery Specialists, Inc.,
             2250 E. Devon Ave., Ste. 352,    Des Plaines, IL 60018-4519
16238693    E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2012 03:02:10    Old Navy,    P.O. Box 530942,
             Atlanta, GA  30353-0942
16894722   +E-mail/Text: resurgentbknotifications@resurgent.com Dec 05 2012 02:44:34
             PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                             TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16238692   ##+Nationalwide Credit & Collection,    9919 Roosevelt Road,    Westchester, IL 60154-2771
16238701   ##+Zwicker & Associates, P.C.,    7366 N. Lincoln Ave., Ste. 404,    Lincolnwood, IL 60712-1741
                                                                                               TOTALS: 0, * 0, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
 District/off: 0752-1          User: cturner              Page 2 of 3            Date Rcvd: Dec 04, 2012
                               Form ID: pdf006           Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: cturner              Page 3 of 3              Date Rcvd: Dec 04, 2012
                              Form ID: pdf006            Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2012 at the address(es) listed below:

```
              Gary L Shilts    on behalf of Debtor David Murray gshilts@earthlink.net
              Gregory J Martucci    on behalf of Debtor David Murray greg@martuccilaw.com, liz@martuccilaw.com
              Michael G Berland    einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Terence M Fenelon    on behalf of Defendant  The John Limparis Family Trust tmf523@comcast.net
                                                                                                     TOTAL: 5
```