UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MURRAY, DAVID M. § Case No. 10-44717
MURRAY, ANGELA N. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/MICHAEL G. BERLAND_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DAVID M. MURRAY AND ANGELA MURRAY |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | FIFTH THIRD BANK |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| LLOYD, DAVID | | | | | |
| LONGEST, GLORIA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | APLM, Ltd. 1050 W. Kinzie St. Chicago, IL  60642 | | | | | |
| | ATG Credit, LLC P.O. Box 14895 Chicago, IL  60614 | | | | | |
| | Advanta Business Card 448 E. Winchester St., Ste. 150 Murray, UT  84107 | | | | | |
| | Blitt and Gaines, P.C. 661 Glenn Ave. Wheeling, IL  60090 | | | | | |
| | Capital One Bank P.O. Box 30281 Salt Lake City, UT  84130 | | | | | |
| | Central DuPage Healthcare Recovery 1515 190th St., Ste. 350 Gardena, CA  90248 | | | | | |
| | Central DuPage Hospital 25 N. Winfield Winfield, IL  60190-1295 | | | | | |
| | Citibank P.O. Box 6241 Sioux Falls, SD  57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dr. James Ferlman, MD 120 W. Spalding Dr., #401 Naperville, IL  60540 | | | | | |
| | Fredrick J. Hanna & Associates 1427 Roswell Road Marietta, GA  30068 | | | | | |
| | GE Money Bank P.O. Box 981127 El Paso, TX 79998-1127 | | | | | |
| | Guardian Anesthesia Association 185 Penny Ave. East Dundee, IL  60118 | | | | | |
| | Harvard Collection Services, Inc. 4839 N. Elston Ave. Chicago, IL  60630-2534 | | | | | |
| | Healthcare Recovery Solutions 1515 190th St., Ste. 350 Gardena, CA  90248 | | | | | |
| | Kirkland's P.O. Box 981400 El Paso, TX  79998 | | | | | |
| | Kohls N56W17000 Ridgewood Dr. Menomonee Falls, WI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kory Atkinson 236 W. Lake St., Ste. 100 Bloomingdale, IL 60108 | | | | | |
| | Medical Business Bureau P.O. Box 1219 Park Ridge, IL 60068-7219 | | | | | |
| | Medical Recovery Specialists, Inc. 2250 E. Devon Ave., Ste. 352 Des Plaines, IL  60018 | | | | | |
| | Michael J. Martin Dunn, Martin, Miller & Heathcock, Ltd. 15 W. Jefferson St., Ste. 300 Joliet, IL  60432 | | | | | |
| | Nationalwide Credit & Collection 9919 Roosevelt Road Westchester, IL  60154 | | | | | |
| | Old Navy P.O. Box 530942 Atlanta, GA  30353-0942 | | | | | |
| | Precision Recovery Analytics 8014 Bayberry Road Jacksonville, FL  32256 | | | | | |
| | Rush Copley Medical Center 2000 Ogden Ave. Aurora, IL 60504 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Russell G. Whitaker 23 W. Jefferson Ave., 2nd Fl. Naperville, IL 60540 | | | | | |
| | Target National Bank 3901 W. 3rd St. Sioux Falls, SD 57106-4216 | | | | | |
| | Valley Imaging Consultants 6910 S. Madison St. Willowbrook, IL 60527 | | | | | |
| | Winfield Pathology Consultants Dept. 4432 Carol Stream, IL 60122 | | | | | |
| | Zwicker & Associates, P.C. 7366 N. Lincoln Ave., Ste. 404 Lincolnwood, IL 60712 | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA,N.A | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000009 | GE MONEY BANK | | | | | |
| 000006 | HEALTH DELIVERY MANAGEMENT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | MICHAEL J. MARTIN | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | CHASE BANK USA,N.A | | | | | |
| | DISCOVER BANK | | | | | |
| | DISCOVER BANK | | | | | |
| | GE MONEY BANK | | | | | |
| | HEALTH DELIVERY MANAGEMENT | | | | | |
| | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |